# UNITED STATES NAVY-MARINE CORPS
## COURT OF CRIMINAL APPEALS
## WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, M.K. JAMISON, J.P. LISIECKI**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DAVID R. BARON**
**SERGEANT (E-5), U.S. MARINE CORPS**

**NMCCA 201300449**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 3 September 2013.
**Military Judge**: Col Michael B. Richardson, USMC.
**Convening Authority**: Commanding Officer, 7th Engineer Support Battalion, 1st Marine logistics Group, MarForPac, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation**: LtCol E.J. Peterson, USMC.
**For Appellant**: LT Jonathan M. Hawkins, JAGC, USN.
**For Appellee**: Mr. Brian K. Keller, Esq.

**31 March 2014**

---------------------------------------------------------
### OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court